Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MORDECHAI UNGAR,
        Plaintiff,

v.

WELLS FARGO DEALER SVC,
        Defendant.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 10490 (VB)

The Court has been advised that the parties have reached a settlement in this case. (Doc. #12). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 17, 2023. To be clear, any application to restore the action must be filed by February 17, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. To be clear, the initial conference scheduled for January 19, 2023, is CANCELLED. Any pending motions are moot.

The Clerk is instructed to close the case.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 18, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge